FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRES MARIO FELIX,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE KNOWLES, Warden,<br><br>　　　　Respondent. | Case No. CV 07-1366-VBF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files, as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

　　IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: 2-8-08

Valerie Baker Fairbank
United States District Judge