JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRES MARIO FELIX,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE KNOWLES, Warden,<br><br>　　　　Respondent. | Case No. 07-1366-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed with prejudice.

Dated: 2-8-08

Valerie Baker Fairbank
United States District Judge